# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155636(25)

NANCY M. SANDERS,
        Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN BOARD OF
REGENTS,
        Defendant-Appellant.

SC: 155636
COA: 336547
MCAC: 16-000003

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 5, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk